MISSOURI, KANSAS & TEXAS RAILWAY COMPANY OF TEXAS V. STATE.

No. 1674. Decided March 20, 1907.

Constitutional Law—Statute—Case Followed.

The ruling in Missouri, K. & T. Ry. Co. of Texas v. State, ante, followed, and held to control this case.

Error to the Court of Civil Appeals for the Fifth District, in an appeal from Raines County.

The State, by its county attorney, sued the railway company to recover penalties under the Act of April 17, 1905 (chap. 133, Laws 28th Leg.). The defendant appealed from a judgment recovering penalties, and, on affirmance of that judgment, obtained writ of error.

*T. S. Miller* and *Perkins & Craddock,* for plaintiff in error.

*A. R. Cornelius* and *Jones & Connor,* for defendant in error.

BROWN, ASSOCIATE JUSTICE.—The opinion this day filed in cause No. 1675, Missouri, Kansas & Texas Railway Company of Texas v. State of Texas, applies alike to this case. For the reasons given in that opinion the judgments of the District Court and of the Court of Civil Appeals are reversed, and the cause is dismissed.

*Reversed and Dismissed.*